# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Civil Action No. 08-327 (SRC)(MAS) |
| Plaintiff, : | **ORDER** |
| v. : | |
| RALPH CICALESE, : | |
| Defendant. : | |

This matter having been brought before the Court on the motion of Stephen Turano, Esq., attorney for Defendant, for an Order granting a Motion for Reconsideration and modifying Defendant Ralph Cicalese's Conditions of Pretrial Release to permit him to leave his home to maintain stationary employment, subject to the approval and supervision of Pretrial Services. The Court has considered the position of counsel, and has read the briefs submitted in this matter.

In the instant case, there was evidence of changed circumstances, as required by §3142(f) of the Bail Reform Act of 1984, as Defendant's financial condition has worsened considerably since the initial May 14, 2008 Order. For the above reasons and for good cause shown;

IT IS on this _18th_ day of _September_, 2008,

ORDERED that:

(1) The Court hereby modifies the conditions of Defendant's pretrial release to allow him to leave his residence to maintain stationary and verifiable employment as approved by Pretrial Services.

(2) The Defendant will be supervised by Pretrial Services, and monitored through GPS technology.

_____
**HONORABLE MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**