Law Offices of Stephen Turano
50 Park Place
Suite 1400
Newark, NJ 07102
(973) 236-0010
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO.: 08-327 (SRC)

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action |
| v. | Hon. Stanley R. Chesler, U.S.D.J. |
| RALPH CICALESE | CONSENT ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE |
| Defendant. | |

THIS MATTER having been opened to the Court by the Law Offices of Stephen Turano, attorneys for the Defendant Ralph Cicalese in the above-captioned matter, upon an application for an Order modifying the Order Setting Conditions of Release to remove twenty-four-hour house arrest with electronic monitoring; and it appearing to the Court that Ronald Wigler, Assistant United States Attorney, and William Sobchik, Pretrial Services Officer, have consented to the application of the Defendant, and to the form and entry of the within Order;

NOW THEREFORE, it is on this 26 day of May, 2009

ORDERED, that the Order Setting Conditions of Release be and the same hereby is modified to remove twenty-four-hour house arrest with electronic monitoring; and

IT IS FURTHER ORDERED, that all other Conditions of Release remain the same.

_____
Hon. Stanley R. Chesler, U.S.D.J.

I hereby consent to the
Entry of this order

_____
Ronald D. Wigler, AUSA.