Law Offices of Stephen Turano
50 Park Place, Suite 1400
Newark, NJ 07102
(973) 236-0010
Attorney for Defendant
  Ralph Cicalese

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO.: 08-327 (SRC)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action |
| v. | : | Hon. Stanley R. Chesler, U.S.D.J. |
| RALPH CICALESE | : | CONSENT ORDER |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court by the Law Offices of Stephen Turano, attorneys for the Defendant Ralph Cicalese in the above-captioned matter, upon an application for an Order requiring Ralph Cicalese to voluntarily surrender to the Federal Correctional Institution located at Fort Dix, 5756 Hartford & Pointvile Road, Fort Dix, New Jersey, 08640, on or before noon on Monday, January 3, 2011, modifying the previous surrender date of November 17, 2010; and it appearing to the Court that Bohdan Vitvitsky, Assistant United States Attorney, has consented to the application of the Defendant, and to the form and entry of the within Order;

**NOW THEREFORE**, it is on this /0 day of November, 2010

**ORDERED**, that Ralph Cicalese surrender to the Federal Correctional Institution located at Fort Dix, 5756 Hartford & Pointvile Road, Fort Dix, New Jersey, 08640, on or before noon on Monday, January 3, 2011; and

**IT IS FURTHER ORDERED**, that all other conditions of Ralph Cicalese's surrender remain the same.

_____
Hon. Stanley R. Chesler, U.S.D.J.